# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DISCOVER BANK,** | **DOCUMENT ELECTRONICALLY FILED** |
| **Plaintiff / Counterclaim Defendant,** **v.** | **CIVIL ACTION NO.: 3:20cv169** |
| **ROBERT R. LEWIS,** | **PLAINTIFF / COUNTERCLAIM DEFENDANT DISCOVER BANK'S** |
| **Defendant / Counterclaim Plaintiff.** | **NOTICE OF SEVERANCE AND REMOVAL** |

  **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Plaintiff / Counterclaim Defendant Discover Bank ("Discover"), by and through its counsel, hereby severs and removes the counterclaim in this action from the Superior Court, Judicial District of New Haven, State of Connecticut, in which it is pending, to the United States District Court for the District of Connecticut.  In support of this Notice of Severance and Removal, Discover states as follows:

  1.  Defendant / Counterclaim Plaintiff Robert R. Lewis ("Lewis") commenced this counterclaim on or about December 23, 2019 by filing an Answer with Counterclaim ("Counterclaim") to Discover's Complaint against Lewis in the Superior Court, Judicial District

of New Haven, State of Connecticut, captioned <u>Discover Bank v. Robert R. Lewis</u>, Docket No. CV19-6098298. A copy of the Answer with Counterclaim is attached hereto as "<u>Exhibit A</u>".

2.　　Lewis purported to serve a copy of his Counterclaim upon Discover on January 9, 2020. This Notice of Severance and Removal is therefore timely, being filed within thirty (30) days of the date on which Defendant first received notice of Lewis' Counterclaim.

3.　　Lewis' Counterclaim alleges that Discover violated the Telephone Consumer Protection Act ("TCPA) 47 U.S.C. § 227 *et. seq.* and the federal Truth in Lending Act ("TILA") 15 U.S.C. ch. 41 § 1601 *et. seq.* Removal of Plaintiff's claims under the TCPA and TILA, to this Court, is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over TCPA claims pursuant to 28 U.S.C. § 1331 (federal question jurisdiction). See *Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740, *753 (stating federal courts have federal question jurisdiction over claims that arise under the TCPA).

4.　　Severance of the Counterclaim is appropriate. Discover commenced this state court action seeking to recover the outstanding debt owed on Lewis' Discover branded credit card. The allegations raised in the counterclaim can be addressed separately from the collection action, and presumably, any recovery awarded to Lewis can be offset by an award granted to Discover in the underlying collections action. Accordingly, it the interests of judicial economy are best served by severing the Counterclaim and addressing the questions of federal law raised

in the Counterclaim before the District Court. See, Rode v. Adley Express Co., 130 Conn. 274, 277, 33 A.2d 329 (1943); Alpha Crane Service, Inc. v. Capitol Crane Co., 6 Conn. App. 60, 68, 504 A.2d 1376, cert. denied, 199 Conn. 808, 508 A.2d 769 (1986).

5.      Other than the filing of the Counterclaim, there have been no other proceedings before the Superior Court of Connecticut. There are no other parties to this action requiring consent to remove.

6.      The Superior Court of Connecticut at New Haven, is located within the District of Connecticut.  Therefore, venue in this Court is proper because the State Action is being removed to the "district court of the United States for the district and division embracing the place where such action is pending."  See 28 U.S.C. § 1441(a).

7.      Written notice of the filing of this Notice of Removal will be promptly served upon *pro-se* litigant Lewis in accordance with 28 U.S.C. § 1446(d).

8.      A true and correct copy of this Notice of Removal will also be promptly filed with the Superior Court of the State of Connecticut in accordance with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant hereby gives notice that this action is removed from the Superior Court of Connecticut, Judicial District of Ansonia-Milford to the United States District Court for the District of Connecticut.

Dated:  Thu, Feb 6, 2020

Respectfully submitted,

/s/ Maureen E. Burns
Maureen E. Burns, Esq.
Fed. No.: CT 05571
**Mulvey, Oliver, Gould & Crotta**
2911 Dixwell Avenue
Hamden, CT 06518
Phone: 203.624.5111

*Counsel for Discover Bank*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DISCOVER BANK,** | **DOCUMENT ELECTRONICALLY FILED** |
| **Plaintiff / Counterclaim Defendant,** | **CIVIL ACTION NO.: 3:20cv169** |
| **v.** | |
| **ROBERT R. LEWIS,** | **PLAINTIFF / COUNTERCLAIM DEFENDANT** |
| | **DISCOVER BANK'S CERTIFICATE OF** |
| **Defendant / Counterclaim Plaintiff.** | **SERVICE OF** |
| | **NOTICE OF SEVERANCE AND REMOVAL** |

I hereby certify that, on February 6, 2020, I caused a copy of Plaintiff / Counterclaim

Defendant Discover Bank's Notice of Severance and Removal (and all corresponding pleadings,

including the Declaration of Counsel in support thereof), Civil Cover Sheet and 7.1 Disclosure

Statement to be served *via* ECF and regular mail upon pro-se litigant Defendant / Counterclaim

Plaintiff Robert R. Lewis, addressed as follows:

Robert R. Lewis, Esq.
31 Long Point Road
Branford, CT 06405
Tel. 203-562-3600

Schreiber / Cohen, LLC
53 Stiles Road, Suite A102
Salem, NH 03079

/s/ Maureen E. Burns
Maureen E. Burns, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DISCOVER BANK,** | **DOCUMENT ELECTRONICALLY FILED** |
| **Plaintiff / Counterclaim Defendant,**<br>**v.** | **CIVIL ACTION NO.: 3:20cv169** |
| **ROBERT R. LEWIS,** | **DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF / COUNTERCLAIM DEFENDANT DISCOVER BANK'S CERTIFICATE OF SERVICE OF NOTICE OF SEVERANCE AND REMOVAL** |
| **Defendant / Counterclaim Plaintiff.** | |

I, Maureen E. Burns, Esq., of full age, hereby certify and declare as follows:

1.     I am an attorney-at-law admitted to practice in the United States District Court for the District of Connecticut and an Attorney with the law firm of Mulvey, Oliver, Gould & Crotta, counsel for Plaintiff / Counterclaim Defendant Discover Bank ("Discover").

2.     I have read Discover's Notice of Removal, and the contents thereof are true to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Maureen E. Burns, Esq.

Dated:  February 6, 2020

Exhibit A

DOCKET NO. CV19-6098298   :   SUPERIOR COURT

DISCOVER BANK,      :   J.D. OF NEW HAVEN
      Plaintiff,
           :
V.            AT NEW HAVEN
           :
ROBERT R. LEWIS     :   DECEMBER 23, 2019
      Defendant.

## ANSWER AND COUNTERCLAIMS

Defendant, Robert R. Lewis hereby submits his Answer and Counterclaims to plaintiff's complaint.

1. The allegations of paragraph 1 are legal conclusions and therefore require no response.

2. Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 2, except admits having a credit account identified as ending in 4175.

3. Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 3, except admits using credit account identified as ending in 4175.

4. The allegations of paragraph 4 are admitted.

5. Denies the allegations in paragraph 5, except respectfully refers the Court to the original written agreement, if any, for the terms thereof.

6. The allegations of paragraph 6 are denied.

7. Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 7, except admits receiving monthly periodic statements.

8. The answers to paragraphs 1-7 of the Complaint are hereby made corresponding answers to paragraph 8 of Count II.

9.   Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 9, except admits receiving periodic account statements.

10.  The allegations of paragraph 10 are denied, except defendant admits plaintiff is seeking damages.

### FIRST COUNTERCLAIM

1.  At all times herein mentioned counterclaim plaintiff, Robert R. Lewis is an individual residing in the State of Connecticut at 35 Long Point Road, Branford, CT 06405.

2. At all times herein mentioned, counterclaim defendant Discover Bank is located at 502 East Market Street, Greenwood, Delaware 19950.

3. Counterclaim defendant since January of 2019, has been attempting to collect an alleged debt from counterclaim plaintiff on a Discover credit account ending in 4175.

3. On or about February of 2019, counterclaim defendant began placing live telephone calls and calls made by automatic telephone dialing systems using numerous different variations of telephone numbers, also known as "robo calls" to counterclaim plaintiff's personal cell phone and his office phone at his place of work.

2

4. The aforementioned live calls and robo calls continued repeatedly notwithstanding counterclaim plaintiff's request to a live caller to cease making such calls.

5. The aforementioned live calls and robo calls continued with great frequency for several months and many such calls were made at early AM hours and late PM hours.

6. Counterclaim defendant's conduct violated the Telephone Consumer Protection Act 47 U.S.C. §227.

7. As a result of counterclaim defendant's violations of 47 U.S.C. §227, counterclaim plaintiff is entitled to an award of five hundred dollars ($500.00) in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(B).

8. If the Court finds that counterclaim defendant knowingly and/or willfully violated the Telephone Consumer Protection Act, counterclaim plaintiff is entitled to an award of up to one thousand five hundred dollars ($1,500.00) for each and every violation pursuant to 47 U.S. C. §227(b)(3).

**SECOND COUNTERCLAIM**

1. Paragraphs 1 and 2 of the First Counterclaim are incorporated by reference as though fully set forth.

2. Counterclaim plaintiff was issued a Discover card in 2016.

3. Upon information and belief, Counterclaim defendant is required under the Federal Truth in Lending Act to disclose certain information such as the Annual Percentage Rate (APR) for purchases, penalty APR that may be applied and the conditions under which such penalty may be triggered; the interest free period for purchases and any other feature before finance charges

3

begin to accrue; the annual fee for keeping the account open; transaction charges for cash advances, balance transfers and foreign transactions and any late fees for not making the payment by the due date.

4. Upon information and belief, Counterclaim defendant violated the terms of the federal Truth in Lending Act by periodically failing to make the required disclosures between 2016 and 2019.

5. The federal Truth in Lending Act is a strict liability law.

6. As a result of Counterclaim defendant's failure to comply with the provisions of the federal Truth in Lending act, Counterclaim plaintiff is entitled to statutory damages.

CLAIMS FOR RELIEF

WHEREFORE, the Counterclaim plaintiff claims:

1. Statutory damages pursuant to 47 U.S. Code. §227(b)(3)

1. Statutory damages pursuant to 15 U.S. Code § 1640; and

2. Such other and further relief as the Court deems just and proper.

DEFENDANT AND COUNTERCLAIM
PLAINTIFF ROBERT R. LEWIS

By_____
    Robert R. Lewis, Esq.
    31 Long Point Road
    Branford, CT 06405
    Tel. 203-562-3600
    Juris # 428488

4

DOCKET NO. CV19-6098298     :     SUPERIOR COURT

DISCOVER BANK,        :     J.D. OF NEW HAVEN
      Plaintiff,

            :

V.              AT NEW HAVEN

            :

ROBERT R. LEWIS       :     DECEMBER 23, 2019
       Defendant.

STATEMENT OF AMOUNT IN DEMAND

    The counterclaim plaintiff claims monetary damages against the counterclaim defendant in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS together with interest and costs and such further relief as this Court finds equitable and proper.

            DEFENDANT AND COUNTERCLAIM
            PLAINTIFF ROBERT R. LEWIS

        By_____
          Robert R. Lewis, Esq.
          31 Long Point Road
          Branford, CT  06405
          Tel. 203-562-3600
          Juris # 428488

## CERTIFICATION

I hereby certify that a copy of the above was mailed on December

23, 2019, to all counsel and *pro se* parties of record as follows:

JASchreiber@schreiblaw.com


Schreiber Law, LLC
53 Stiles Road, Suite A102
Salem, NH 03079

6

DKT NO.: NNH-CV-19-6098298-S      :      SUPERIOR COURT

DISCOVER BANK      :      J.D. NEW HAVEN

            V.      :      AT NEW HAVEN

LEWIS, ROBERT R.      :      DECEMBER 27, 2019

### <u>ANSWER TO DEFENDANT/COUNTERCLAIM PLAINTIFF'S COUNTERCLAIMS</u>

ANSWER TO FIRST COUNTERCLAIM

1. Plaintiff/Counterclaim defendant is without sufficient knowledge and information as to confirm or deny the allegations contained in paragraph "1" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

2. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "2" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

3. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "3" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector.  This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

3 (Second). Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the second paragraph "3" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

4.   Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "4" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

5.   Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "5" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

6.   Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "6" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

7.   Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "7" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector.  This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

8. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "8" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

AS AND FOR THE ANSWER TO THE SECOND COUNTERCLAIM

1. Answers to paragraphs 1 & 2 of the First Counterclaim are incorporated by reference as though fully set forth herein.

2. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "2" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof, except that plaintiff/counterclaim defendant admits that it issued a Discover card to defendant/counterclaim plaintiff in March 2016.

3. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "3" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

4. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "4" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

5. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "5" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

6. Plaintiff/counterclaim defendant hereby denies all allegations contained in the paragraph "6" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

AS AND FOR THE ANSWER TO THE DEFENDANT/COUNTERCLAIM PLAINTIFF'S CLAIM(S) FOR RELIEF

Plaintiff hereby denies each and every allegation contained in the WHEREFORE Clause, including paragraphs "1", "1" and "2" of the defendant's/counterclaim plaintiff's Answer and Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

The Plaintiff,

Discover Bank

By its Attorneys,

/s/ Heather Q. Wallace, Juris No. 417302
Heather Q. Wallace
SCHREIBER/COHEN, LLC
53 STILES RD., A-102
SALEM NH 03079
603-870-5333
hwallace@schreiblaw.com

This correspondence is from a debt collector.  This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

## **CERTIFICATION**

      Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was electronically filed and mailed, first class pre-paid postage to all counsel and pro se parties of record on this 27TH day of DECEMBER 2019.

> **ROBERT R. LEWIS, ESQ**
> **31 LONG POINT RD.**
> **BRANFORD CT 06405**

/s/ Heather Q. Wallace, Juris # 417302
Commissioner of the Court

This correspondence is from a debt collector.  This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

## APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

### STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### *Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

[ ] *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
|---|
| **Nov-26-2019** |
| Docket number |
| **NNH-CV-19-6098298-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**DISCOVER BANK  v. LEWIS, ROBERT R**

| | | | | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| [x] Judicial District | [ ] Housing Session | [ ] Small Claims | [ ] Geographic Area number | **235 CHURCH STREET NEW HAVEN, CT 06510** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| **MULVEY OLIVER GOULD & CROTTA** | **020350** |

| Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **2911 DIXWELL AVENUE FOURTH FLOOR** | | **203-624-5111** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **HAMDEN** | **CT** | **06518** | **203-789-8371** | **burns@moglaw.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

[x] The Plaintiff *(includes the person suing another person).*
[ ] All Plaintiffs.
[ ] The following Plaintiff(s) only: _____
[ ] The Defendant *(includes the person being sued or charged with a crime).*
[ ] The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
[ ] All Defendants.
[ ] The following Defendant(s) only: _____
[x] Other *(Specify):* **On counterclaim only**
[ ] This is a Family Matters case and my appearance is for: *("x" one or both)*
     [ ] matters in the Family Division of the Superior Court    [ ] Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. [ ] This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
                                                      *(Name and Juris Number)*
2. [x] This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | [x] Yes   [ ] No |
|---|---|

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 302114 | **MAUREEN ELAINE BURNS** | **Feb 06 2020** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Feb 06 2020**  to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **ROBERT LEWIS - 31 LONG POINT ROAD/BRANFORD, CT 06405**<br>**SCHREIBER / COHEN LLC - 53 STILES ROAD/SUITE A102/SALEM, NH 03079** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 302114 | **MAUREEN ELAINE BURNS** | **Feb 06 2020** | **203-624-5111** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

You have successfully e-filed! https://efile.eservices.jud.ct.gov/appearance/ConfirmationOfEFilin...



## State of Connecticut Judicial Branch
# Superior Court E-Filing



**Attorney/Firm: MULVEY OLIVER GOULD & CROTTA (020350)**                    **E-Mail: lipka@moglaw.com   Logout**

NNH-CV19-6098298-S      DISCOVER BANK v. LEWIS, ROBERT R

**Prefix/Suffix: [none]**     **Case Type:** C40      **File Date:** 11/21/2019      **Return Date:** 11/26/2019

**Hide Instructions**          ### You have successfully e-filed!

**Instructions:** Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

Print

### Confirmation of E-filed Transaction (print this page for your records)
**Docket Number:** NNH-CV-19-6098298-S
**Case Name:** DISCOVER BANK v. LEWIS, ROBERT R
**Type of Transaction:** Appearance
**Date Filed:** Feb 06 2020
**Appearance by:** 020350 MULVEY OLIVER GOULD & CROTTA
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| P-01 | DISCOVER BANK |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Feb 06 2020 11:12:53 AM

Return to Civil / Family Menu

Copyright © 2020, State of Connecticut Judicial Branch

1 of 1                                                                                                         2/6/2020, 11:14 AM