| | | |
|---|---|---|
| DKT NO.: NNH-CV-19-6098298-S | : | SUPERIOR COURT |
| DISCOVER BANK | : | J.D. NEW HAVEN |
| V. | : | AT NEW HAVEN |
| LEWIS, ROBERT R. | : | DECEMBER 27, 2019 |

## ANSWER TO DEFENDANT/COUNTERCLAIM PLAINTIFF'S COUNTERCLAIMS

ANSWER TO FIRST COUNTERCLAIM

1. Plaintiff/Counterclaim defendant is without sufficient knowledge and information as to confirm or deny the allegations contained in paragraph "1" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

2. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "2" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

3. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "3" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

3 (Second). Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the second paragraph "3" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

4. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "4" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

5. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "5" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

6. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "6" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

7. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "7" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

8. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "8" of the defendant's/counterclaim plaintiff's first Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

AS AND FOR THE ANSWER TO THE SECOND COUNTERCLAIM

1. Answers to paragraphs 1 & 2 of the First Counterclaim are incorporated by reference as though fully set forth herein.

2. Plaintiff/Counterclaim defendant hereby denies each and every allegation contained in the paragraph "2" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof, except that plaintiff/counterclaim defendant admits that it issued a Discover card to defendant/counterclaim plaintiff in March 2016.

3. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "3" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

4. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "4" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

5. Plaintiff/counterclaim defendant hereby denies each and every allegation contained in the paragraph "5" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

6. Plaintiff/counterclaim defendant hereby denies all allegations contained in the paragraph "6" of the defendant's/counterclaim plaintiff's second Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

AS AND FOR THE ANSWER TO THE DEFENDANT/COUNTERCLAIM PLAINTIFF'S CLAIM(S) FOR RELIEF

Plaintiff hereby denies each and every allegation contained in the WHEREFORE Clause, including paragraphs "1", "1" and "2" of the defendant's/counterclaim plaintiff's Answer and Counterclaim and leaves defendant/counterclaim plaintiff to his proof.

> The Plaintiff,
>
> Discover Bank
>
> By its Attorneys,
>
> /s/ Heather Q. Wallace, Juris No. 417302
> Heather Q. Wallace
> SCHREIBER/COHEN, LLC
> 53 STILES RD., A-102
> SALEM NH 03079
> 603-870-5333
> hwallace@schreiblaw.com

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.

# CERTIFICATION

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was electronically filed and mailed, first class pre-paid postage to all counsel and pro se parties of record on this 27TH day of DECEMBER 2019.

**ROBERT R. LEWIS, ESQ**
**31 LONG POINT RD.**
**BRANFORD CT 06405**

/s/ Heather Q. Wallace, Juris # 417302
Commissioner of the Court

This correspondence is from a debt collector. This is an attempt to collect a debt, and any Information obtained will be used for that purpose.